IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-265-CV





LIBERTY MUTUAL FIRE INSURANCE COMPANY,



 APPELLANT


vs.





VELNA RAE THURMAN JACKSON,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 92-11762A, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING



 





PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: November 2, 1994

Do Not Publish